IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID A. JOHNSON                                                                           PLAINTIFF

V.                                          NO. 3:08CV00187 JTR

MICHAEL J. ASTRUE,                                                                        DEFENDANT
Commissioner, Social
Security Administration

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 22nd day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE